# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS FARRUGIA,<br><br>        Petitioner,<br><br>    v.<br><br>C. SWAIN,<br><br>        Respondent. | Case No. CV 18-07610 JAK (RAO)<br><br>JUDGMENT |

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Jurisdiction.

DATED: September 21, 2018

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE